**UNITED STATED DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **MICHAEL WILLIAMS, on behalf of himself and others similarly situated,** ) ) ) | |
| Plaintiff, ) ) | **Civil Action No.: 1:18-cv-2908** |
| v. ) ) | **JUDGE PATRICIA A. GAUGHAN** |
| **COMENITY BANK,** ) ) ) | **JOINT STIPULATION OF DISMISSAL** |
| Defendant. ) | |

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), Plaintiff Michael Williams and Defendant Comenity Bank hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, his *individual* claims asserted against Defendant Comenity Bank in the above-styled action, with the parties to bear their own attorney's fees, costs and expenses.  Further, Plaintiff and Defendant hereby agree that Plaintiff dismisses the *class* claims, without prejudice.

Respectfully submitted this 2nd day of May, 2019.

So Ordered.
/s/ Patricia A. Gaughan
5/3/19

| | |
|---|---|
| */s/* Michael L. Greenwald | s/ Zachary D. Miller |
| Michael L. Greenwald *(pro hac vice)* | Zachary D. Miller (*pro hac vice*) |
| Greenwald Davidson Radbil | Burr & Forman LLP |
| 5550 Glades Road, Suite 500 | 222 Second Ave. S., Suite 2000 |
| Boca Raton, FL 33431 | Nashville, TN 37204 |
| 561-826-5477 | Telephone: (615) 724-3216 |
| Fax: 561-961-5684 | Facsimile: (615) 724-3316 |
| mgreenwald@gdrlawfirm.com | zmiller@burr.com |
| | |
| Ronald S. Weiss, Esq. (0076096) | Matthew T. Mitchell (*pro hac vice*) |
| 7035 Orchard Lake Road, Suite 600 | Burr & Forman LLP |
| West Bloomfield, MI 48322 | 420 N. 20th St., Suite 3400 |
| Email: ron@ronweissattorney.com | Birmingham, AL 35203 |
| | Telephone: (205) 458-5317 |
| *Counsel for Plaintiff and the proposed classes* | Facsimile: (205) 244-5748 |
| | mmitchell@burr.com |

33356003 v1